# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JALIL COOPER | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-4235 |
| | : | |
| M. QUIGLEY, ET AL. | : | |

## ORDER

This 16th day of March 2020, it is hereby **ORDERED** that Plaintiff's Motion for Post Trial Relief, (ECF 103) is **DENIED.** Judgement is hereby **ENTERED** in favor of Defendants and against Plaintiff. The Clerk is requested to mark this case closed.

/s/ Gerald Austin McHugh\
United States District Judge